UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANN DELORES ODOM,

    Plaintiff,

v.                                              Case No. 3:25cv237-TKW-ZCB

ADRIAN BLACKMON,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of subject-matter jurisdiction.[1] This is not an adjudication on the merits and it does not leave Plaintiff without a remedy; instead, it only means that

---

[1] The Court did not overlook that Defendant allegedly works for the Postal Service, but to the extent that Plaintiff is attempting to assert some sort of tort claim based on Defendant's negligent or wrongful acts or omissions, that claim must be brought against the United States, not Defendant. *See* 28 U.S.C. §2679(b)(1). Likewise, the Court did not overlook that Plaintiff also works for the Postal Service and that Defendant is allegedly her supervisor, but to the extent that Plaintiff is attempting to assert some sort of employment discrimination claim based on the Postal Service's failure to remedy Defendant's conduct towards her, that claim must be asserted against the Postal Service, not Defendant.

1

Plaintiff must file her claims against Defendant in a different forum, such as state court.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

3. All pending motions are DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 25th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**